# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 24, 2021

## NO. 03-20-00088-CV

**Barbara Burgess, Appellant**

**v.**

**Allstate Fire and Casualty Insurance Company, Appellee**

### APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the order granting summary judgment in favor of appellee signed by the trial court on January 2, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in those portions of the order granting summary judgment against appellant's claims that appellee breached its duty of good faith and fair dealing and that it violated Chapter 541 of the Insurance Code. Therefore, the Court reverses the trial court's summary-judgment order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.